IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| In re EDWARD WILLIAM EDMONDS and PATRICIA ANN EDMONDS,<br><br>Debtors. | Chapter 7 Case No. 09-01328<br><br>**APPEARANCE**<br>**BY GORDON R. FISCHER** |

    **COMES NOW** undersigned counsel, and hereby makes his Appearance on behalf of Collins Community Credit Union.


                  BRADSHAW, FOWLER, PROCTOR & FAIRGRAVE, P.C.


                  By:    /s/ Gordon R. Fischer

                          Gordon R. Fischer
                          Bradshaw Law Firm
                          801 Grand Avenue, Suite 3700
                          Des Moines, IA  50309-8004
                          Phone: (515) 246-5809
                          Fax:  (515) 246-5808

On September 1, 2008, copy sent via first class mail and/or electronic copy to:

Office of the U.S. Trustee
Law Building 400
225 Second Street SE
Cedar Rapids, IA  52401-1400

Wesley B. Huisanga, Trustee
115 3d Street, Suite 500
P.O. Box 2107
Cedar Rapids, IA  52406-2107

1

Paul D. Gandy
Gandy Law Offices
500 North 3d Street
Fairfield, IA  52556